```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 12579
    CATHERINE SARNOWSKI
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6788

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/31/2004 and was confirmed 05/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was paid in full 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
ALLIANT CREDIT UNION       UNSECURED         5326.58            .00         1171.85
HARLEM FURNITURE           SECURED            250.00          10.38          250.00
HARLEM FURNITURE           UNSECURED       NOT FILED            .00             .00
BANK ONE BANK CARD SERVI   UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         6587.28            .00         1449.20
FREEDMAN ANSELMO & LINDB   NOTICE ONLY     NOT FILED            .00             .00
ROSE MAMMINA               UNSECURED       NOT FILED            .00             .00
UNITED AIRLINES C U        UNSECURED       NOT FILED            .00             .00
LEGAL HELPERS PC           DEBTOR ATTY      1,100.00                       1,100.00
TOM VAUGHN                 TRUSTEE                                           222.25
DEBTOR REFUND              REFUND                                            296.32

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,500.00

PRIORITY                                               .00
SECURED                                             250.00
     INTEREST                                        10.38
UNSECURED                                         2,621.05
ADMINISTRATIVE                                    1,100.00
TRUSTEE COMPENSATION                                222.25
DEBTOR REFUND                                       296.32
                        -------------         -------------
TOTALS                    4,500.00                4,500.00




                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 12579 CATHERINE SARNOWSKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|   |   |
|---|---|
| Dated: 02/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 12579 CATHERINE SARNOWSKI